HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

KEVIN SKVORAK, JUSTIN LIPSON,
LARRY SMITH, KIMBERLY KREUZER,

Plaintiffs,

v.

THURSTON COUNTY, et al,

Defendants.

Case No. C05-5100 RBL

ORDER

THIS MATTER comes on before the above-entitled Court upon Plaintiffs' Request for an Extension to Respond to Thurston County Defendants' Motion for Summary Judgment [Dkt. #37].

Having considered the entirety of the records and file herein, and having considered that this motion is not properly noted under CR7(b) and (d) Local Rules W.D. Wash., but having considered that defendants have responded to the motion, it is hereby

**ORDERED** that plaintiffs' motion [Dkt. #37] is **GRANTED**.  Defendants' Motion for Partial Summary Judgment [Dkt. #33] is re-noted for the Court's motion calendar on January 20, 2006.  Plaintiffs' request for sanctions is **DENIED**.

The Clerk shall send uncertified copies of this order to all counsel of record, and to any party appearing pro se.

Dated this 4th day of January, 2006.

RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE